# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-cr-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING THE APPOINTMENT OF THE TRUMP ADMINISTRATION'S UNITED STATES ATTORNEY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this opposition to the defendant's motion to stay the proceedings. ECF No. 44. This matter is presently scheduled for jury trial beginning December 9, 2024. ECF No. 27.

The defendant, Brandon Keith Heffner, has filed a motion to stay the criminal proceedings based on speculation and conjecture that, in the wake of the 2024 Presidential election results, he is likely to either receive a pardon or his case will be withdrawn. [1]

A stay "is not a matter of right, even if irreparable injury might otherwise result." *Id.* at 433 (quoting *Virginian Ry. Co. v. United States*, 272 U.S. 658, 672 (1926)). The party seeking the stay bears the burden of "mak[ing] out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay for which he prays will work damage to

---

[1] A similar motion to continue was filed yesterday in *U.S. v. Nicholas Fuller,* 23-cr-209 (CKK), wherein the defendant sought to delay his November 8, 2024 sentencing hearing because of the recent presidential election. ECF No. 90. That motion was summarily denied. *See* Nov. 6, 2024 Minute Entry. *See also U.S. v. Jaimee Avery*, 24-cr-00079 (CRC), November 6, 2024 Minute Order (following motion to continue sentencing hearing, ECF 48, the court ordered "that the sentencing hearings set for November 8, 2024, at 11:00 AM by VTC before Judge Christopher R. Cooper shall remain scheduled as to BOTH DEFENDANTS").

some one else." *Landis v. North American Co.*, 299 U.S. 248, 255 (1936).  When evaluating whether to issue a stay, "a court considers four factors: '(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.'" *Nken v. Holder*, 556 U.S. 418, 426 (2009) (quoting *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987)). The third and fourth factors "merge" when a party moves for a stay against the government. *Id.* at 435. Setting aside whether the defendant is likely to succeed on his application, Heffner has not shown that he will be irreparably harmed absent a stay.

Furthermore, there is a societal interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government respectfully disagrees that a continuance is warranted here, and the Court should proceed as it would in prosecuting any other crime.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court deny the defendant's motion to stay proceedings.

Date: November 7, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:        /s/ Cytheria D. Jernigan
CYTHERIA D. JERNIGAN
Assistant U.S. Attorney
D.C. Bar No. 494742
Detailed to the United States Attorney's Office
for the District of Columbia

601 D Street, NW
Washington, D.C. 20530
Phone: (318) 676-3611
Cytheria.Jernigan@usdoj.gov

*/s/ Kathryn E. Bolas*
KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-252-0872
Kathryn.Bolas@usdoj.gov